CHARLES FLEISCHER, Respondent, *v.* MACFADDEN NEWS-
PAPER PUBLISHING CORPORATION, Appellant.

*Contract — services — master and servant — action for wrongful dis-
charge — defense that services were unsatisfactory.*

*Fleischer* v. *Macfadden Newspaper Pub. Corp.,* 222 App. Div. 735,
affirmed.

(Argued June 5, 1928; decided June 19, 1928.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial

Prepared by State Reporter from Appeal Papers

department, entered December 6, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for the alleged wrongful discharge of plaintiff in breach of his contract of employment. The defense was justification in that plaintiff had failed to perform his work to the satisfaction of his employer.

*Joseph Schultz* for appellant.

*Louis J. Vorhaus* and *Joseph Fischer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Lehman, Kellogg and O'Brien, JJ. Dissenting: Cardozo, Ch. J., Crane and Andrews, JJ., on the ground that the evidence is insufficient to sustain a finding that the defendant feigned dissatisfaction with the plaintiff's services.